# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2236
Lower Tribunal No. 20-20924-CA-01
_____

**Amy Vargas,**
Appellant,

vs.

**Elizabeth Freeman,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Cole, Scott & Kissane, P.A., and Lissette Gonzalez, for appellant.

Goldberg & Rosen, P.A., and Angel Leyva and Jocelyn Santana, for appellee.

Before SCALES, C.J., and FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

Affirmed.